■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT NEWMAN.— Motion for reargument granted and, upon reargument, the memorandum decision of this court entered on October 2, 1972 [40 A D 2d 633], is amended by adding to the penultimate sentence of the second paragraph the following language: " as well as any possible injury to the physician-patient relationship and to the treatment services." The parties are directed to settle order on notice taking into account the foregoing amendment. Concur — Stevens, P. J., McGivern, Markewich, Nunez and McNally, JJ.